**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Earl O. Melvin,

                        Plaintiff,                  19 **CIVIL** 8515 (CS)(PED)

        -against-                           <u>**JUDGMENT**</u>

Superintendent William A. Lee,

                      Defendants.
------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsed Order dated September 20, 2022, no objections to the

Report and Recommendation have been received, and accordingly the Court has reviewed it for

clear error. Finding no error, clear or otherwise, the R&R is adopted as the decision of the Court.

The Petition is denied. No certificate of appealability will issue, as reasonable jurists would not

find it debatable that Petitioner has not made a substantial showing of the denial of a

constitutional right; accordingly, the case is closed.

**Dated:**  New York, New York
        September 20, 2022

                                  **RUBY J. KRAJICK**
                            _____
                                    **Clerk of Court**
                     **BY:**      K. Mango
                                  _____
                                    **Deputy Clerk**